*E-filed 2/10/09*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALAN DOUGLAS FIELD,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CITY OF SAN JOSE, GARRY MCLEOD, MIKE DELECROIX, JOSEPH HORWEDEL, RICHARD DOYLE, ALL CITY EMPLOYEES 1-1000, inclusive,<br><br>    Defendants.<br>_____/ | Case No. CV 08-4715-HRL<br><br>**JUDGMENT OF DISMISSAL** |

The complaint having been dismissed, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment of dismissal be entered and that plaintiff take nothing by his complaint. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 2/10/09

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Daisy.Nishigaya@sanjoseca.gov

**Alan Douglas Field**
2173 Radio Avenue
San Jose, CA 95125
408-597-6144

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 2/10/09

                                                    /s/ mpk
                                        Chambers of Magistrate Judge Lloyd